UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

CHERYL BORKOWSKI
(513) 564-7035
(FAX) 564-7094
www.ca6.uscourts.gov

FILED
JEFFREY A. APPERSON, CLERK
JUL 27 2007
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Filed: July 26, 2007

James R. Higgins Jr.

Don A. Pisacano

Frank J. Colucci

RE: 00-5320
V Secret Catalogue vs. Moseley
District Court No. 98-00395

3:98CV-395-S

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Cheryl Borkowski
Case Manager

Enclosure

cc:
Honorable Charles R. Simpson III
Mr. Jeffrey A. Apperson

No. 00-5320

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
JUL 26 2007
LEONARD GREEN, Clerk

V SECRET CATALOGUE, INC., VICTORIA'S SECRET STORES, INC., and VICTORIA'S SECRET DIRECT LLC,

Plaintiffs - Appellees,

v.

VICTOR MOSELEY and CATHY MOSELEY, d/b/a VICTOR'S LITTLE SECRET,

Defendants - Appellants.

ORDER

The decision of this Court having been reversed by the United States Supreme Court and the case having been remanded for further proceedings, the Court further remands this case to the district court for further proceedings consistent with the Supreme Court's decision in *Moseley d/b/a Victor's Little Secret v. V Secret Catalogue, Inc.*, 123 S. Ct. 1115 (2003).

It is so ORDERED.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By Deputy Clerk