Case: 3:98cv395

FILED (SG)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
07 AUG 31 PM 2:51

S

DN 50

Frank J. Colucci
Colucci & Umans
101 E. 52nd Street
New York, NY 10022

---

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

OFFICIAL BUSINESS

FILED [illegible]
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

07 AUG 31 PM 2:47

Colu 101

Hasler

016H16505537
$00.41 0
08/24/2007
Mailed From 40202
US POSTAGE

X 100 NFE 1 9056 00 09/28/07
FORWARD TIME EXP RTN TO SEND
:COLUCCI & UMANS
218 E 50TH ST
NEW YORK NY 10022-7681

RETURN TO SENDER

10022+6000
40202@2249