**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| V SECRET CATALOGUE, INC., VICTORIA'S SECRET STORES, INC., and VICTORIA'S SECRET CATALOGUE, INC.,<br><br>Plaintiffs,<br>vs.<br><br>VICTOR MOSELEY and CATHY MOSELEY d/b/a VICTOR'S LITTLE SECRET,<br><br>Defendants. | Case No. 3:98-cv-395 (CRS-JDM)<br><br>Electronically Filed |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Joint Local Rule 83.6, notice is hereby given that G. Mathew Lombard, formerly of Colucci & Umans, withdraws his appearance in the above civil action. Mr. Lombard is no longer associated with Colucci & Umans, and he should be terminated from the service list. Colucci & Umans continues to represent plaintiffs in the above civil action. Accordingly, Mr. Lombard's withdrawal will not prejudice any party or cause any delay in the case.

Dated: New York, New York
October 12, 2007

Respectfully submitted,

**COLUCCI & UMANS**

By: /s/ Frank J. Colucci
Frank J. Colucci (FC-8441)
218 East 50th Street
New York, New York 10022
Telephone: (212) 935-5700
Facsimile: (212) 935-5728
Email: email@colucci-umans.com

**CERTIFICATE OF SERVICE**

It is hereby certified that on October 12, 2007, the foregoing Notice of Withdrawal of Counsel was electronically filed with the Clerk of Court using the Western District of Kentucky's CM/ECF system, which will automatically transmit a Notice of Electronic Filing via e-mail to the attorneys of record as follows:

| | |
|---|---|
| Reford H. Coleman | clblaw@bbtel.com |
| Licha H. Farah, Jr. | lfarah@clarkward.com |
| Don A. Pisacano | pisacano@kentuckylaw.com |
| John E. Spainhour | jspainhour@alltel.net |

/s/ Frank J. Colucci
Frank J. Colucci