**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **V SECRET CATALOGUE, et al** | **PLAINTIFF(S)** |
| **VS** | **CIVIL ACTION NO. 3:98CV-395-S** |
| **VICTOR MOSELEY, et al** | **DEFENDANT(S)** |

| | |
|---|---|
| **VICTOR MOSELEY, et al** | **PLAINTIFF(S)** |
| **VS** | **CIVIL ACTION NO. 3:03CV-21-S** |
| **GRANGE MUTUAL CASUALTY COMPANY** | **DEFENDANT(S)** |

**ORDER**

A pretrial conference was conducted in the captioned cases on October 22,2007, with the following in attendance:

For Victor Mosely: Licha Farah and John Spainhour (with Mr. Moseley)

For Victoria's Secret: Reford H. Coleman and Frank J.Colucci

For Grange Insurance Company: Richard P. Schiller, Katherine Zimmerer, Noel Halpin

After a lengthy discussion with counsel of the status of the two captioned cases, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Cross motions for summary judgment will be filed **within forty-five days from the date of this conference <u>in Civil Action No. 3:98CV-395,</u> with response/reply deadlines to be according to the Local Rules of this Court.**

2. Civil Action No. 3:03CV-21, the coverage case, **is stayed at this time. A briefing schedule will be established in this litigation when the issues in 3:98CV-395 are resolved in this Court.** By agreement of counsel, pleadings in the coverage case will be served on counsel in the original case when this schedule is established.

3. A stipulation was filed in Civil Action No. 3:98CV-395 agreeing that plaintiffs are withdrawing their claims for monetary relief set forth in Paragraphs B through E of the prayer of the Complaint.

4. By agreement of counsel, **Civil Action No. 3:98CV-395 is re-referred to Magistrate Judge Dave Whalin.**

**IT IS SO ORDERED** this 29th day of October, 2007.

**Charles R. Simpson III, Judge**
**United States District Court**

October 29, 2007

Copies to Counsel