Filed in Chambers
10/22

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

FILED
Jeffrey A. Apperson, Clerk
OCT 22 2007
U. S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

V SECRET CATALOGUE, INC.,
VICTORIA'S SECRET STORES, INC., and
VICTORIA'S SECRET CATALOGUE, INC.,

Plaintiffs,

vs.

VICTOR MOSELEY and CATHY MOSELEY
d/b/a VICTOR'S LITTLE SECRET,

Defendants.

Case No. 3:98-cv-395 (CRS-JDM)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and among the parties to this civil action, through their respective attorneys, that plaintiffs hereby withdraw their claims for monetary relief set forth in Paragraphs B through E of the prayer for relief of the complaint in this civil action.

**COLUCCI & UMANS**

By: [signature]
Frank J. Colucci (FC-8441)
218 East 50th Street
New York, New York 10022
Telephone: (212) 935-5700
Facsimile: (212) 935-5728
Email: email@colucci-umans.com

Attorneys for Plaintiffs

**GIVHAN & SPAINHOUR, PSC**

By: [signature]
John E. Spainhour
200 S. Buckman Street, Suite One
Shepherdsville, KY 40165
Telephone: (502) 543-2218
Facsimile: (502) 955-7000
Email: john@gsatty.net

Attorneys for Defendants

**CLARK & WARD, PLLC**

By: ______________________________

Licha H. Farah, Jr.
Brian H. Stephenson
333 West Vine Street, Suite 1100
Lexington, KY 40507
Telephone: (859) 422-6000
Facsimile: (859) 422-6001
Email: lfarah@clarkward.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

It is hereby certified that on October ____, 2007, a copy of the foregoing Stipulation was served by mail upon the following:

Licha H. Farah, Jr.
Brian H. Stephenson
CLARK & WARD, PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507

Don A. Pisacano
MILLER, GRIFFIN & MARKS, PSC
271 West Short Street, Suite 600
Lexington, KY 40507

Richard Paul Schiller
SCHILLER, OSBOURN & BARNES, PLLC
401 West Main Street
1600 One Riverfront Plaza
Louisville, KY 40202

Reford H. Coleman
COLEMAN LOCHMILLER & BOND
2907 Ring Road
P.O. Box 1177
Elizabethtown, KY 42702-1177

John E. Spainhour
GIVHAN & SPAINHOUR, PSC
200 S. Buckman Street, Suite 1
Shepherdsville, KY 40165

______________________________