**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| V SECRET CATALOGUE, INC., VICTORIA'S SECRET STORES, INC., and VICTORIA'S SECRET CATALOGUE, INC.,<br><br>Plaintiffs,<br>vs.<br><br>VICTOR MOSELEY and CATHY MOSELEY d/b/a VICTOR'S LITTLE SECRET,<br><br>Defendants. | Case No. 3:98-cv-395 (CRS-DW)<br><br>Electronically Filed |

**<u>PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT</u>**

To Defendants, VICTOR MOSELEY and CATHY MOSELEY d/b/a VICTOR'S LITTLE SECRET, and their attorneys of record:

PLEASE TAKE NOTICE that plaintiffs, V SECRET CATALOGUE, INC., VICTORIA'S SECRET STORES, INC., and VICTORIA'S SECRET CATALOGUE, INC., through their successor in interest Victoria's Secret Stores Brand Management, Inc., will and hereby move this Court, before the Honorable Charles R. Simpson, III, pursuant to the Rule 56 of the Federal Rules of Civil Procedure, for summary judgment in favor of plaintiffs on all of plaintiffs' claims. Plaintiffs hereby request oral argument pursuant to Local Rule 7.1(f). A memorandum in support of the motion is attached hereto, along with the supporting Declarations of Scott A. Kriss and Frank J. Colucci, and a proposed order.

Dated: New York, New York
December 6, 2007

Respectfully submitted,

**COLUCCI & UMANS**

By: s/ Frank J. Colucci

Frank J. Colucci (FC-8441)
218 East 50th Street
New York, New York 10022
Telephone: (212) 935-5700
Facsimile: (212) 935-5728
Email: email@colucci-umans.com

Of Counsel:

Reford H. Coleman
COLEMAN LOCHMILLER & BOND
2907 Ring Road
P.O. Box 1177
Elizabethtown, Kentucky 42702-1177

**CERTIFICATE OF SERVICE**

It is hereby certified that on December 6, 2007, the foregoing Plaintiffs' Cross-Motion For Summary Judgment, including the memorandum in support of the motion, the supporting Declarations of Scott A. Kriss and Frank J. Colucci with exhibits thereto and a proposed order, was electronically filed with the Clerk of Court using the Western District of Kentucky's CM/ECF system, which will automatically transmit a Notice of Electronic Filing via e-mail to the attorneys of record as follows:

| | |
|---|---|
| Reford H. Coleman | clblaw@bbtel.com |
| Licha H. Farah, Jr. | lfarah@clarkward.com |
| John E. Spainhour | jspainhour@alltel.net |

s/ Frank J. Colucci
Frank J. Colucci