UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

V SECRET CATALOGUE, INC., et al. — PLAINTIFFS

v. — CIVIL ACTION NO. 3:98CV-395-S

VICTOR MOSELEY and CATHY MOSELEY
d/b/a VICTOR'S LITTLE SECRET — DEFENDANTS

## ORDER

Motions having been made and for the reasons set forth in the memorandum opinion entered this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that:

1. The cross-motion of the plaintiffs, V Secret Catalogue, Inc., et al., for summary judgment (DN 63) is **GRANTED**;

2. The motion of the defendants, Victor Moseley and Cathy Moseley, d/b/a Victor's Little Secret, for summary judgment to vacate injunction (DN 62) is **DENIED**;

3. The defendants, Victor Moseley and Cathy Moseley, d/b/a Victor's Little Secret, are **HEREBY ENJOINED** from using the designation "Victor's Secret" or "Victor's Little Secret".or any mark similar thereto, or any reproduction, counterfeit, copy or colorable imitation of Plaintiff's VICTORIA'S SECRET mark.

**IT IS SO ORDERED.**

May 19, 2008

**Charles R. Simpson III, Judge**
**United States District Court**