08-5793

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

FILED

JAN 18 2011

LEONARD GREEN, Clerk

January 18, 2011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Victor D. Moseley, et ux.
v. V Secret Catalogue, Inc., et al.
No. 10-604
(Your No. 08-5793)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk