# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

FILED
MAR - 8 2011
LEONARD GREEN, Clerk

March 7, 2011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Victor D. Moseley, et ux.
v. V Secret Catalogue, Inc., et al.
No. 10-604
(Your No. 08-5793)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk